ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone: (209) 544-0200
Fax:       (209) 544-1860

Attorney for Defendant
OSCAR LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO. 2:07-CR-00406 MCE |
|                            ) |  |
|      Plaintiffs,           ) | AMENDED STIPULATION AND |
|                            ) | ORDER TO CONTINUE |
| vs.                        ) | STATUS HEARING FOR DEFENDANT |
|                            ) |  |
| OSCAR LOPEZ,               ) |  |
|                            ) |  |
|      Defendants.           ) |  |

   IT IS HEREBY STIPULATED by and between defendant OSCAR LOPEZ, through his attorney, ROBERT L. FORKNER, and plaintiff United States of America, through its counsel of record, Assistant United States Attorney JILL MARIE THOMAS, hereby stipulate and request the following:

   1.  The presently scheduled status hearing date of December 18, 2008, at 9:00 a.m., in court room 7 before the HONORABLE JUDGE MORRISON C. ENGLAND JR. shall be vacated and set for Sentencing on February 5, 2009 at 9:00 a.m.

   2.  The defense has requested the continuance in order

1

to permit a complete review of the files with the defendant, which is needed to be completed before sentencing.

DATED: December 17, 2008     /s/ ROBERT L. FORKNER
                             Attorney for Defendant
                             OSCAR LOPEZ

DATED: December 17, 2008     /s/ JILL MARIE THOMAS
                             Assistant US Attorney
                             JILL MARIE THOMAS

### ORDER

IT IS HEREBY ORDERED that the status hearing be vacated and the matter be set for Sentencing on February 5, 2009 at 9:00 a.m., in court room 7 for the defendant OSCAR LOPEZ.

IT FURTHER APPEARING that the continuance would permit the defense to conduct necessary investigation and adequate preparation for the hearing in this case.

Dated: December 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE